UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-                                                      Case No.  5:07-cr-40-Oc-10GRJ

ALFONSO RAMIREZ-MONROY
_____/

## O R D E R

Following completion of an evidentiary hearing, the United States Magistrate Judge issued a report (Doc. 33) recommending that Defendant Alfonso Ramirez-Monroy's Motion to Suppress Evidence (Doc. 15) be DENIED.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed and made a part hereof; and

(2) the Defendant's Motion to Suppress Evidence (Doc. 15) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 21st day of February, 2008.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
                Maurya McSheehy, Courtroom Deputy
                Alfonso Ramirez-Monroy
                Hon. Gary R. Jones, United States Magistrate Judge